UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 AUG 26 AM 10:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>VICTOR MANUEL SANCHEZ VALLE,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR2999-BTM<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

　　　　8 USC 1326(a) and (b) - Attempted Entry After Deportation (Felony)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 25, 2011

　　　　　　　　　　　　　　　　　　　　CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE